Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 07 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-65-TOR |
| Plaintiff, | INDICTMENT |
| v. | Vio:  18 U.S.C. §§ 922(g)(1), 924(a)(2) Felon in Possession of a Firearm and Ammunition (Count 1) |
| CHANCY DALTON BLANTON, | |
| Defendant. | 18 U.S.C. §§ 922(g)(8), 924(a)(2) Unlawful Possession of a Firearm and Ammunition While Under a Protective Order (Count 2) |
| | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about December 26, 2020, in the Eastern District of Washington, the Defendant, CHANCY DALTON BLANTON, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce, a firearm

INDICTMENT - 1

and ammunition, to wit: a Smith and Wesson, Model M&P Shield 45, .45 caliber pistol, bearing serial number HDN7997, and three rounds of .45 caliber ammunition, which firearm and ammunition had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## COUNT 2

On or about December 26, 2020, in the Eastern District of Washington, the Defendant, CHANCY DALTON BLANTON, knowing that he was subject to a court order that (a) was issued after a hearing of which such person received actual notice, and at which such person had an opportunity to participate; and (b) restrains such person from harassing, stalking, or threatening an intimate partner of such person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury, and (c) includes a finding that such person represents a credible threat to the physical safety of such intimate partner, or by its terms explicitly prohibits the use, attempted use, or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, to-wit: Domestic Violence No-Contact Order, entered on August 3, 2020, in Spokane County Case No. XZ0394308, did knowingly and intentionally possess in and affecting commerce, a firearm and ammunition, to wit: a Smith and Wesson, Model M&P Shield 45, .45 caliber pistol, bearing serial number HDN7997, and three rounds of .45 caliber ammunition, which firearm and ammunition had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(8), 924(a)(2).

INDICTMENT - 2

DALTON BLANTON, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense.

DATED this 7 day of June, 2022.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*[signature]*
Ann T. Wick
Assistant United States Attorney

INDICTMENT - 3